UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-CR-00296-DAD |
| | ) | |
| Plaintiff, | ) | ORDER UNSEALING |
| | ) | PROCEEDINGS FOR |
| v. | ) | PREPARATION OF TRANSCRIPTS |
| | ) | FOR DIRECT APPEAL |
| JARVIS THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby **ORDERED** that the sealed portion of proceedings in this case from the hearings on 7/15/19 and 8/1/19, be unsealed so that a transcript of these hearings in their entirety may be provided to defense counsel for use on direct appeal. The sealed portions of these proceeding are to be resealed following the preparation of the transcripts.

IT IS SO ORDERED.

Dated: **February 3, 2020**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE