1  McGREGOR W. SCOTT
   United States Attorney
2  ANGELA L. SCOTT
   THOMAS M. NEWMAN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:17-CR-00296-DAD-BAM
12 |                         Plaintiff, | ORDER REGARDING
   |                                    | GOVERNMENT'S DISCLOSURE OF SENSITIVE
13 |                    v.              | MATERIALS
14 | TOMMIE THOMAS, and
   | JARVIS THOMAS,
15 |                         Defendant.
16

17      The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of

18 Sensitive Materials between Plaintiff United States of America, by and through its counsel of record, the

19 United States Attorney for the Eastern District of California, and defendant TOMMIE THOMAS, by

20 and through his counsel of record, Anthony Capozzi.

21      Good cause showing, IT IS HEREBY ORDERED THAT:

22      The government will identify the discovery materials in this case the disclosure of which could

23 jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations

24 (the "Sensitive Materials").

25      The government will mark all Sensitive Materials with the following stamp or inscription:

26 "PROTECTIVE ORDER"

27      If the government distributes any document, compact disk, or other material bearing the above

28

                                            1

label, then:

   Defense counsel shall not distribute the Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

   Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

   Defense counsel may permit defendant to review Sensitive Materials, but only in his presence or in the presence of his own legal staff;

   Defense counsel and defendant may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

   The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the Sensitive Materials that defense counsel possesses and/or has made and distributed to his agents, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO ORDERED.

Dated:   **October 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE