1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:17-cr-00296-ADA-BAM-2 |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND |
| JARVIS THOMAS, | |
| Defendant-Movant. | |

Defendant-Movant Jarvis Thomas filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (Doc. No. 249.) The court has screened the motion pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 Cases and has concluded that the government should be ordered to respond to the motion. Accordingly, within forty-five (45) days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Any reply by Defendant-Movant shall be filed within thirty (30) days of the filing and service of the government's response.

IT IS SO ORDERED.

Dated: ___September 2, 2022___

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28